1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**
CLERK, U.S. DISTRICT COURT

MAY 18, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ERIN HILEY, | Case No. 2:17-cv-01465-VAP-PLA |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: STIPULATION AND JOINT REQUEST TO SET SCHEDULING CONFERENCE FOR JUNE 5, 2017 |
| vs. | |
| MOLINA HEALTHCARE, INC., a Delaware Corporation, and Does 1 through 50, Inclusive, | **Complaint Filed: January 20, 2017** |
| Defendant. | |

1  [PROPOSED] ORDER

2  Pursuant to the Stipulation of the Parties and Joint Request to Set Scheduling

3  Conference for June 5, 2017, and good cause appearing therefor, the Court hereby sets

4

5  the Scheduling Conference in the above-captioned matter for June 5, 2017 at 1:30

6  p.m.

7  IT IS SO ORDERED.

8

9  Dated: May 18, 2017

10  _____
VIRGINIA A. PHILLIPS
11  CHIEF U. S. DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28