DONALD R. McKILLOP, SR. SB#131685
LAW OFFICES OF DONALD R. McKILLOP
12396 WORLD TRADE DRIVE, SUITE 202
SAN DIEGO, CALIFORNIA 92128
(858)487-8118
(858) 487-8109 FAX
don@mckilloplaw.com

Attorneys for Plaintiff
ERIN HILEY

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
MOLINA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ERIN HILEY, | Case No. 2:17-cv-01465-VAP-PLA |
| Plaintiff, | |
| vs. | **ORDER** |
| MOLINA HEALTHCARE, INC., a Delaware Corporation, and Does 1 through 50, Inclusive, | **Complaint Filed: January 20, 2017** |
| Defendant. | |

The Court, having read and considered the [Proposed] Stipulated Protective Order regarding the protection of Confidential Information, including but not limited to the contact information of former employees, and good cause appearing in that discovery in this action will be facilitated thereby,

IT IS HEREBY ORDERED that the Stipulated Protective Order is entered in this action without prejudice to any motion for modification.

DATED: June 19, 2017     _____
                         Hon. Paul L. Abrams
                         United States Magistrate Judge