| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>SUSAN J. HARRIMAN - #111703<br>sharriman@keker.com<br>STEVEN P. RAGLAND - #221076<br>sragland@keker.com<br>MATAN SHACHAM - #262348<br>mshacham@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Defendant<br>MOLINA HEALTHCARE, INC. | LAW OFFICES OF<br> DONALD R. McKILLOP<br>DONALD R. McKILLOP, SR. SB#131685<br>12396 World Trade Drive, Suite 202<br>San Diego, CA   92128<br>(858) 487-8118<br>(858) 487-8109 FAX<br>don@mckilloplaw.com<br><br>Attorneys for Plaintiff<br>ERIN HILEY |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| ERIN HILEY,<br><br>            Plaintiff,<br><br>      v.<br><br>MOLINA HEALTHCARE, INC., a Delaware Corporation, and Does 1 through 50, Inclusive,<br><br>            Defendant. | Case No. 2:17-cv-01465-VAP-PLA<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Date Filed:  January 20, 2017<br><br>Trial Date:  None Set |

1  Plaintiff Erin Hiley and Defendant Molina Healthcare, Inc. hereby notify the
2 Court that they reached a settlement agreement to resolve this case during the
3 Court-ordered mediation on September 20, 2017.  The parties are currently drafting
4 a settlement agreement.  The parties anticipate that they will need no more than
5 35 days to finalize the settlement and allow for the applicable statutory waiting and
6 revocation periods to pass, at which point Ms. Hiley will file a dismissal request.

Dated:  October 2, 2017         KEKER, VAN NEST & PETERS LLP

By:  */s/ Matan Shacham*
     SUSAN J. HARRIMAN
     STEVEN P. RAGLAND
     MATAN SHACHAM

Attorneys for Defendant
MOLINA HEALTHCARE, INC.

Dated:  October 2, 2017         LAW OFFICES OF DONALD R. MCKILLOP

By:  */s/ Donald R. McKillop, Sr. (with permission)*
     DONALD R. McKILLOP, SR.

Attorneys for Plaintiff
ERIN HILEY

1
JOINT NOTICE OF SETTLEMENT
Case No. 2:17-cv-01465-VP-PLA

1196697.01