UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HILEY, | ) **Case No.** 17 CV 1465-VAP(PLA) |
| Plaintiff, | ) |
| v. | ) |
| MOLINA HEALTHCARE, INC., a Delaware Corporation, Does 1 through 50, Inclusive, | ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u>

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Erin Hiley and Defendant Molina Healthcare, Inc. being all parties that have appeared in this action, through their respective counsel undersigned below, that this entire action, pursuant to Rule 41(a)(1), shall be, and is hereby, <u>dismissed with prejudice</u>, each party to bear her or its own costs of litigation and attorneys' fees.

| | | |
|---|---|---|
| 1 | Date: February 16, 2018 | Dated: February 16, 2018 |
| 2 | Donald R. McKillop, Sr. SB#131685 | Susan J. Harriman |
|   | Law Offices of Donald R. McKillop | Keker, Van Nest & Peters LLP |
| 3 | 12396 World Trade Drive, Suite 202 | 633 Battery Street |
|   | San Diego, California 92128 | San Francisco, CA 94111-1809 |
| 4 | (858)487-8118 | (415)391-5400 |
|   | (858) 487-8109 FAX | (415)397-7188 FAX |
| 5 | don@mckilloplaw.com | mshacham@keker.com |
| 6 | | |
|   | Guy A. Ricciardulli SB#116128 | Steven P. Ragland |
| 7 | Attorney at Law | Keker, Van Nest & Peters LLP |
|   | 12396 World Trade Drive, Suite 202 | 633 Battery Street |
| 8 | SAN DIEGO, CA 92128 | San Francisco, CA 94111-1809 |
| 9 | 858 487-8006 | (415)391-5400 |
| 10 | 858 487-8109 FAX | (415)397-7188 FAX |
|    | gricciardu@aol.com | sragland@keker.com |

Matan Shacham
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
(415)391-5400
(415)397-7188 FAX
mshacham@keker.com

Attorney for Plaintiff              Attorney for Defendant
ERIN HILEY                          Molina Healthcare, Inc.


*/s/DONALD R. MCKILLOP, SR.*        */s/ STEVEN RAGLAND*
DONALD R. MCKILLOP, SR.             STEVEN RAGLAND
ATTORNEYS FOR PLAINTIFF             ATTORNEYS FOR DEFENDANT